**HI–SHEAR TECHNOLOGY CORPORATION, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 2007–5096.

United States Court of Appeals, Federal Circuit.

Nov. 8, 2007.

Peter B. Jones, Jones & Donovan, of Newport Beach, CA, argued for plaintiff-appellant.

Michael D. Austin, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With him on the brief were Peter D. Keisler, Acting Attorney General, Jeanne E. Davidson, Director, and Donald E. Kinner, Deputy Director.

Before RADER, SCHALL and MOORE, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED.* See Fed. Cir. R. 36.